**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**FILED**
MAR 13 2024
BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**GARY WAYNE FRASER,**<br><br>*Defendant.* | **SEALED**<br><br>Case No. **24 CR 038 JFH** |

# INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### MURDER IN INDIAN COUNTRY – SECOND DEGREE
### [18 U.S.C. §§ 1111(a), 1151, & 1153]

On or about January 15, 2023, within the Eastern District of Oklahoma, in Indian country, the defendant, **GARY WAYNE FRASER**, an Indian, with malice aforethought, did unlawfully kill Victim by a motor vehicle collision, in violation of Title 18, United States Code, Sections 1111(a), 1151, and 1153.

CHRISTOPHER J. WILSON
United States Attorney

*/s/ Jordan W. Howanitz*

Jordan W. Howanitz, TN BA # 035622
Assistant United States Attorney

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY